UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRESSIE CERTAIN,

      Petitioner,

v.                                    Case No.  8:10-cv-629-T-24-TGW
                                            8:08-cr-399-T-24-TGW

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER

      This cause comes before the Court on Petitioner's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  Petitioner filed this motion on March 12, 2010.  (Doc. No. 1).  The Court directed the Government to file a response (Doc. No. 3), which the Government did on July 1, 2010.  (Doc. No. 6).  The Court appointed Petitioner counsel and set the matter for an evidentiary hearing on September 10, 2010 at 8:30 a.m.

      At the hearing on September 10, 2010, Petitioner withdrew his motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.  Accordingly, it is ORDERED AND ADJUDGED that the Court DISMISSES Petitioner's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.

      The Court also recommends that Petitioner be transferred to the Federal Correctional Institution in Jesup, Georgia.

      **DONE AND ORDERED** at Tampa, Florida, this 10th day of September, 2010.

.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record